**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**FREDERICK BANKS**                                                **PLAINTIFF**

**VS.**                                 **CIVIL ACTION NO. 5:08CV336DCB-MTP**

**D. BUTLER, et al.**                                            **DEFENDANTS**

**ORDER SEALING EXHIBIT 34 TO
DEFENDANTS' MOTION TO DISMISS OR,
<u>IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT</u>**

This cause came on for hearing on the Defendants' Motion to Seal its Exhibit 34, Medical Records, to their Motion to Dismiss Or, In the Alternative, for Summary Judgment, because extensive personal, medical, and sensitive information is contained in the exhibit attached to the Motion. This Motion is pursuant to this Court's interim "Standard Operating Procedure Governing Protection of Personal and Sensitive Information and Public Access to Court Files" dated May 16, 2003; and after considering the Motion, the Court finds that it is well taken and should be GRANTED.

IT IS HEREBY ORDERED that Exhibit 34, Medical Records, to the Defendants' Motion to Dismiss Or, In the Alternative, for Summary Judgment, is hereby sealed.

SO ORDERED this the 23rd day of June, 2009.

                                                       s/ Michael T. Parker
                                                       United States Magistrate Judge

Submitted by:

*s/Angela Givens Williams*
ANGELA GIVENS WILLIAMS
MS Bar No. 102469