IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**FREDERICK BANKS**                                                         **PLAINTIFF**

**VS.**                                        **CIVIL ACTION NO. 5:08cv336-DCB-MTP**

**D. BUTLER, et al.**                                          **DEFENDANTS**

## ORDER

THIS MATTER is before the court on a Motion [33] for Substitution of Defendants filed by Plaintiff. In the motion, Plaintiff seeks to substitute various individuals (who are not currently Defendants in this action) for some of the John Doe Defendants named in the Complaint. However, Plaintiff has failed to provide sufficient information regarding these new Defendants or his claims against them. Accordingly, it is hereby

ORDERED:

1. That on or before December 18, 2009, Plaintiff shall provide the court, in writing, with the following information:

    (a) The full name and complete mailing address for each of the newly named Defendants; and

    (b) A statement of how each newly named Defendant violated his constitutional rights.

2. That failure to advise this Court of a change of address or to timely comply with any order of this Court will be deemed a purposeful delay and contumacious act by Plaintiff and may result in this case being dismissed without prejudice and without further notice to Plaintiff.

SO ORDERED on this the 1st day of December, 2009.

                                                        s/ Michael T. Parker
                                                        United States Magistrate Judge