IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

IN RE: FREDERICK BANKS, #05711-068     CIVIL ACTION NUMBERS:

> 5:08-cv-336-DCB-MTP
> 5:09-cv-65-DCB-MTP
> 5:09-cv-132-DCB-MTP
> 5:09-cv-89-DCB-MTP
> 5:09-cv-147-DCB-MTP
> 5:09-cv-148-DCB-MTP consolidated with 5:09-cv-174-DCB-MTP
> 5:09-cv-155-DCB-MTP
> 5:09-cv-185-DCB-MTP
> 5:10-cv-10-DCB-MTP consolidated with 5:10-cv-22-DCB-MTP
> 5:10-cv-39-DCB-MTP
> 5:10-cv-41-DCB-MTP
> 5:10-cv-53-DCB-MTP
> 5:10-cv-56-DCB-MTP
> 5:10-cv-58-DCB-MTP
> 5:10-cv-59-DCB-MTP
> 5:10-cv-60-DCB-MTP
> 5:10-cv-61-DCB-MTP

## ORDER OF RECUSAL

The undersigned, David C. Bramlette III, has determined that it would be in the interest of justice to recuse himself from all pending civil actions, including but not limited to, those which are referenced above and all future filings of any nature that may be filed in this Court by Frederick Banks, #05711-068. Accordingly, it is

ORDERED that the undersigned recuses himself in all pending civil actions, including but not limited to, the above referenced pending civil actions.

IT IS FURTHER ORDERED that the undersigned recuses himself from all future filings of any nature that may be filed in this Court by Frederick Banks, #05711-068.

IT IS FURTHER ORDERED that a copy of this order be filed in each of the above referenced pending cases.

This the  21st  day of April, 2010.

                                   s/David Bramlette
                                   UNITED STATES DISTRICT JUDGE